

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00731-CV

**IN THE INTEREST OF A.E.** and G.K.R., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0827-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 23, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice